STATE of Missouri, Respondent,

v.

Steve CONLEY, Jr., Appellant.

No. WD 62605.

Missouri Court of Appeals,
Western District.

Jan. 25, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 1, 2005.

James L. Lasalle, Kansas City, MO, for
appellant.

Deborah Daniels, Jefferson City, MO,
for respondent.

Before NEWTON, P.J.,
LOWENSTEIN and HOLLIGER, JJ.

## ORDER

PER CURIAM.

The appellant was convicted on two counts of armed robbery and two counts of armed criminal action committed in separate crimes. On appeal from his bench trial, he raises issues of error in failure to sever and in an unduly suggestive line up. Affirmed. Rule 30.25(b).